**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AL HALMANDY, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2385 (ESH) |
| ) | |
| BARACK OBAMA, *et al.*, ) | (Mohammed, ISN 570) |
| ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER

Upon consideration of the matters discussed during a classified proceeding held on October 2, 2009, and for the reasons stated during that proceeding, it is hereby **ORDERED** that:

1) respondents' Motion for Leave to Amend and Supplement the Statement of Material Facts is **GRANTED**, although petitioner is entitled to move for reconsideration within ten (10) days;

2) petitioner's Motion to Strike [Dkt. 372] is **DENIED**;

3) respondents' Motion for Reconsideration [Dkt. 327] is **DENIED** as moot, except to the extent that some subset of documents in the database discussed at the proceeding have not been reviewed by Department of Justice ("DOJ") attorneys and may reference petitioner;

4) petitioner's motion to compel [Dkt. 356] is **GRANTED** in part as set forth in paragraphs 5-13 herein;

1

5) on or before October 16, 2009, respondents shall file an affidavit advising the Court of the results of their search for Red Cross materials concerning petitioner using his name and/or ISN created at any time prior to October 1, 2002;

6) on or before October 16, 2009, respondents shall file an affidavit advising the Court as to whether it is more likely than not that there are documents in the database discussed at the hearing that contain references to the petitioner or his ISN and that have not been searched by DOJ attorneys and, if so, whether such materials are searchable by the name and/or ISN of petitioner and whether DOJ attorneys can obtain access to this database;

7) on or before October 16, 2009, respondents shall declassify any statements made by petitioner;

8) petitioner shall forthwith provide the Court and respondents with a prioritized list of materials (excluding petitioner's statements) for declassification;

9) on or before October 16, 2009, respondents shall complete their review of Task Force records and produce responsive materials to petitioner;

10) on or before October 30, 2009, respondents shall produce to petitioner declassified versions of any photographs of petitioner taken prior to October 1, 2002, existing in files readily available to respondents, including the two undated photographs identified by respondents during the proceeding;

11) on or before October 30, 2009, respondents shall produce to petitioner any medical and/or psychological records concerning petitioner existing in the government's possession at Guantanamo Bay that were created on or before October 1, 2002, as well as any medical and/or psychological records concerning petitioner that were created within sixty days before or after the dates of the statements referenced in Exhibits 13, 15, and 19;

2

12) on or before October 30, 2009, respondents shall produce to petitioner any interrogation logs referencing petitioner existing in files readily available to respondents that were created on or before October 1, 2002;

13) on or before October 30, 2009, respondents shall produce to petitioner any pocket litter from petitioner, including his wallet, its contents, the translation of petitioner's passport, his identification card, and the airline ticket referenced during the proceeding;

14) on or before November 25, 2009, petitioner shall file his traverse;

15) a further status conference is set for December 7, 2009, at 9:30 a.m.

SO **ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: October 6, 2009

3